IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KENNETH L. WALLER,
ADC #103829                                                                                           PLAINTIFF

V.                        CASE NO. 4:19-cv-903-JM-BD

DEXTER PAYNE, *et al*.                                                                          DEFENDANTS

## ORDER

The Court has received a Recommendation for dismissal filed by Magistrate Judge Beth Deere. Mr. Waller has not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Waller's claims are DISMISSED, without prejudice, for failing to state a federal claim for relief. This dismissal counts as a "strike" pursuant to 28 U.S.C. § 1915(g).

IT IS SO ORDERED, this 11th day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE