# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

KENNETH L. WALLER,
ADC #103829                                                                                    PLAINTIFF

V.                          CASE NO. 4:19-cv-903-JM-BD

DEXTER PAYNE, *et al*.                                                                 DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 11th day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE