## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**KENNETH L. WALLER,**
**ADC #103829**                                                                                   **PLAINTIFF**

**V.**                          **CASE NO. 4:19-cv-903-JM-BD**

**DEXTER PAYNE,** *et al*.                                                                **DEFENDANTS**

### ORDER

Following the Court's order reopening this case, Plaintiff filed objections to the Recommended Disposition of U.S. Magistrate Judge Beth Deere. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Mr. Waller's claims are DISMISSED without prejudice for failing to state a federal claim for relief. This dismissal counts as a "strike" pursuant to 28 U.S.C. § 1915(g).

IT IS SO ORDERED, this 24th day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE