# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KENNETH L. WALLER,**
**ADC #103829**                                                                                                **PLAINTIFF**

**V.**                          **CASE NO. 4:19-cv-903-JM-BD**

**DEXTER PAYNE,** *et al*.                                                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED without prejudice.

IT IS SO ORDERED, this 24th day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE